# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN GAUTHIER,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, et al.,

    Defendants.

2:11-CV-645 JCM (GWF)

## ORDER

Presently before the court is defendant Universal American Mortgage Company's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5). (doc. #5). Also before the court is defendant Wells Fargo Bank N.A.'s and its successor by merger, defendant Wells Fargo Home Mortgage's, motion to dismiss (doc. #10), which Universal American Mortgage Company has joined (doc. #14). To date, plaintiff has failed to file a response to either motion.

Pursuant to Local Rule 7-2(b), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

**James C. Mahan**
**U.S. District Judge**

In light of the plaintiff's failure to respond and weighing the factors identified in *Ghazali*, the court finds dismissal appropriate.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Universal American Mortgage Company's motion to dismiss (doc. #5) be, and the same hereby is, GRANTED without prejudice;

IT IS FURTHER ORDERED that defendants Wells Fargo Bank N.A.'s and Wells Fargo Home Mortgage's motion to dismiss (doc. #10) be, and the same hereby is, GRANTED without prejudice;

IT IS FURTHER ORDERED that defendants Universal American Mortgage Company, Wells Fargo Bank N.A., and Wells Fargo Home Mortgage, Inc., are hereby dismissed without prejudice from this action.

DATED July 11, 2011.

*James C. Mahan*

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -