# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRIAN GAUTHIER,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, et al.,

    Defendants.

2:11-CV-645 JCM (GWF)

### ORDER

Presently before the court is defendant Wells Fargo Bank N.A.'s joinder to the motion to dismiss. (doc. #19). The substance of the joinder requests that defendants MERS Corporation and Norwest Mortgage, Incorporated, be included in the court's consideration of Wells Fargo Bank N.A.'s motion to dismiss (doc. #10).

On July 11, 2011, this court granted the motion to dismiss (doc. #10) without prejudice, as the plaintiff had failed to respond to the motion. (Doc. #20). Pursuant to the joinder, defendants MERS and Norwest should have been included in the order dismissing the defendants from the action.

Accordingly,

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants MERS
2  Corporation and Norwest Mortgage, Incorporated, are DISMISSED from the action without
3  prejudice.
4  DATED July 15, 2011.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE