Cynthia L. Alexander, Esq. (Nevada Bar No. 6718)
Aaron D. Ford, Esq. (Nevada Bar No. 7704)
Michael L. Iosua, Esq. (Nevada Bar No. 11820)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: calexander@swlaw.com
aford@swlaw.com
miosua@swlaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN GAUTHIER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC; STEWART TITLE COMPANY; MERS CORP.; WELLS FARGO BANK USA, N.A.; WELLS FARGO HOME MORTGAGE, INC.; NORWEST MORTGAGE, INC. NATIONAL DEFAULT SERVICING CORPORATION And JOHN DOES 1 through 100 inclusive,<br><br>Defendants. | No: 2:11-cv-00645-JCM -CWH<br><br>**ORDER EXPUNGING LIS PENDENS AND EXPUNGING OR NULLIFYING PLAINTIFF'S RIDER** |

The Motion to Expunge Lis Pendens and Expunge or Nullify Plaintiff's Unlawful Rider came on for hearing before the Honorable James C. Mahan, United States District Court Judge.

The Court, having reviewed the Motion, and having found good cause to grant the same, hereby orders as follows:

1.   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Notice of Lis Pendens, Instrument No. 201105100001243 is EXPUNGED and shall have no force or effect whatsoever.

13487641

2.    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the document Plaintiff entitles "Rider," Instrument No. 201104220000296, which Plaintiff recorded on April 22, 2011 is hereby EXPUNGED and/or NULLIFIED and shall have no force or effect whatsoever.

3.    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff record a copy of this ORDER with the County Recorder where the Notice of Lis Pendens and Rider are recorded.

Dated: This 24th day of October, 2011.

_____
HONORABLE JAMES C. MAHAN

Respectfully submitted by:

SNELL & WILMER L.L.P.

_____
Cynthia L. Alexander, Esq.
Aaron D. Ford, Esq.
Michael L. Iosua, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
*Attorneys for Defendants*

13487641

- 2 -